1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMITT, INC., a California Corporation,<br><br>                      Plaintiff,<br>      vs.<br>BECARRO INTERNATIONAL, LTD. dba SONDRAROBERTS.COM, a New York Corporation; ROBERT CAMCHE, an individual; and DOES 1-10, inclusive,<br><br>                      Defendant.<br>BECARRO INTERNATIONAL, LTD., a New York Corporation,<br><br>                      Counterclaimant,<br>      vs.<br>HAMMITT, INC., a California Corporation,<br><br>                      Counterdefendant. | CASE NO. CV14-06654 JAK (AJWx)<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE   JS-6**<br><br><br><br><br><br><br><br><br><br><br><br>**Hon. John A. Kronstadt** |

1    IT IS HEREBY ORDERED that this entire action, including all counterclaims,
2 be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their
3 own attorneys' fees and costs associated with this action.
4
5 DATED: April 7, 2015                By:  _____
6                                          Hon. John A. Kronstadt
7                                          **United States District Judge**